# UNITED STATES DISTRICT COURT
## District of Oregon
## Portland Division

**Stacey Alexandra Wilson Betts,**

                            Plaintiff(s)

vs.                                                       Case No:    3:12-CV-1253-SI

**Justin Bieber, et al,**

                            Defendant(s).

## Civil Case Assignment Order

    **(a)** **Presiding Judge:** The above referenced case has been filed in the US District Court for the District of Oregon and is assigned for all further proceedings to:

> **Presiding Judge** . . . . . . . . . . . . . . . . . . . . . . . . Hon. Michael H. Simon
>
> **Presiding Judge's Suffix Code\*** . . . . . . . . . . . . . . . . . . . . . . . . . . . SI
>
>     \*These letters must follow the case number on all future filings.

    **(b)** **Courtroom Deputy Clerk:** Questions about the status or scheduling of this case should be directed to Mary Austad at (503) 326-8034 or mary_austad@ord.uscourts.gov

    **(c)** **Civil Docket Clerk:** Questions about CM/ECF filings or docket entries should be directed to a civil docket clerk at (503) 326-8000.

    **(d)** **Place of Filing:** Pursuant to LR 3-3 all conventionally filed documents must be submitted to the Clerk of Court, Room 740, Mark O. Hatfield United States Courthouse, 1000 S.W. Third Avenue, Portland, Oregon 97204. (See also LR 100-5)

    **(e)** **District Court Website:** Information about local rules of practice, CM/ECF electronic filing requirements, and other related court information can be accessed on the court's website at www.ord.uscourts.gov.

**(f)** **Consent to a Magistrate Judge:** In accordance with 28 U.S.C. Sec. 636(c) and Fed. R. Civ. P. 73, all United States Magistrate Judges in the District of Oregon are certified to exercise civil jurisdiction in assigned cases and, with the consent of the parties, may also enter final orders on dispositive motions, conduct trial, and enter final judgment which may be appealed directly to the United States Court of Appeals for the Ninth Circuit.

Parties are encouraged to consent to the jurisdiction of a Magistrate Judge by signing and filing the <u>Consent to Jurisdiction by a United States Magistrate Judge</u> (a copy of the consent form is included with this assignment order). There will be no adverse consequences if a party elects not to file a consent to a Magistrate Judge.

Additional information about United States Magistrate Judges in the District of Oregon can be found on the court's website at www.ord.uscourts.gov.

**Dated:** July 11, 2012

                                                    s/ J. Cubias
**By:** J. Cubias, Deputy Clerk

**For:** Mary Moran, Clerk of Court

**UNITED STATES DISTRICT COURT**

**District of Oregon**
**Portland Division**

**Stacey Alexandra Wilson Betts,**

                    Plaintiff(s)

vs.                                          Case No:   3:12-CV-1253-SI

**Justin Bieber, et al,**

                    Defendant(s).

**Consent to Jurisdiction by a Magistrate Judge**
**and Designation of the Normal Appeal Route**

      In accordance with Fed. R. Civ. P 73(b), as counsel for the party (parties) identified below, I consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including entry of orders on dispositive motions, trial, and entry of final judgment. I understand that withholding consent will not result in any adverse consequences. In accordance with Fed. R. Civ. P. 73(c), I agree that any appeal from a final order or judgment entered by a United States Magistrate Judge shall proceed directly to the United States Court of Appeals for the Ninth Circuit, and not to a District Judge of this Court.

**DATED:**

                  **Signature:** _____
           **Name & OSB ID:** _____
           **e-mail address:** _____
               **Firm Name:** _____
          **Mailing Address:** _____
           **City, State, Zip:** _____
           **Phone Number:** _____
      **Parties Represented** _____

cc:     Counsel of Record

**Revised August 25, 2011**                                         **Magistrate Consent Form**