UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| STACEY ALEXANDRA WILSON BETTS | CIVIL CASE NO. 3:12-CV-1253-SI |
| Plaintiff | |
| v | |
| JUSTIN BIEBER, ISLAND DEF JAM RECORDS, VULCAN SPORTS AND ENTERTAINMENT, AEG WORLDWIDE | |
| Defendants | |

Plaintiff, Stacey Wilson Betts, voluntarily dismisses this case against Justin Bieber, Island Def Jam Records, Vulcan Sports and Entertainment and AEG Worldwide. Plaintiff feels that moving forward would be insurmountable without counsel. Plaintiff does not have counsel at this time and does not wish to put any burden on this respected Courts time. Plaintiff maintains belief in the merit of her case.

Respectfully submitted,

By /s/ Stacey Wilson Betts                Dated  January 11, 2013
Stacey Wilson Betts
wilsonbetts@yahoo.com